CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 09 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN WILLIAM HALL,<br>Plaintiff, | ) ) ) | Criminal No. 7:13-cv-00465 |
| v. | ) ) ) | **ORDER** |
| HEATHER STEVENS, PA,<br>Defendant. | ) ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that:

1. The defendant's motion to dismiss (ECF 14) is **DENIED** as moot;

2. The defendant's motion for summary judgment (ECF 19) and supplemental motion for summary judgment (ECF 27) are **GRANTED**; and

3. The Clerk is **DIRECTED** to **STRIKE** this matter from the court's active docket.

The Clerk is also directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER**: June 9, 2014.

_____
UNITED STATES DISTRICT JUDGE